# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INSYS THERAPEUTICS, INC., *et al.*, | Case No. 19-11292 (JTD) |
| Liquidating Debtors.[1] | (Jointly Administered) |
| WILLIAM H. HENRICH, in his capacity as LIQUIDATING TRUSTEE of the INSYS LIQUIDATION TRUST, | |
| Plaintiff, | Adversary No. 23-50377 (JTD) |
| v. | |
| XL SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, it is hereby stipulated and agreed, by and among Plaintiff William H. Henrich, as liquidating trustee of the Insys Liquidation Trust, and Defendant XL Specialty Insurance Company, that the above-captioned adversary proceeding is hereby dismissed, with each party to bear its own fees and costs.

---

[1] The Liquidating Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155).

Dated: August 11, 2023

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Matthew O. Talmo*<br>Derek C. Abbott (No. 3376)<br>Matthew O. Talmo (No. 6333)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>dabbott@morrisnichols.com<br>mtalmo@morrisnichols.com<br><br>*Counsel to the Trustee of the Insys Liquidation Trust*<br><br>-and-<br><br>**REID COLLINS & TSAI LLP**<br>Eric D. Madden (admitted *pro hac vice*)<br>Michael J. Yoder (admitted *pro hac vice*)<br>1601 Elm Street, Suite 4200<br>Dallas, TX 75201<br>Telephone: (214) 420-8900<br>emadden@reidcollins.com<br>myoder@reidcollins.com<br><br>-and-<br><br>Ryan M. Goldstein (admitted *pro hac vice*)<br>Morgan M. Menchaca (admitted *pro hac vice*)<br>1301 S. Capital of Texas Hwy, C-300<br>Austin, TX 78746<br>Telephone: (512) 647-6100<br>rgoldstein@reidcollins.com<br>mmenchaca@reidcollins.com<br><br>*Special Litigation Counsel to the Trustee of the Insys Liquidation Trust* | **KLEIN LLC**<br><br>*/s/ Julia B. Klein*<br>Julia B. Klein (DE 5198)<br>225 West 14th Street<br>Suite 100<br>Wilmington, Delaware 19801<br>(302) 438-0456<br><br>-and-<br><br>**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**<br>Tracy Klestadt<br>Brendan Scott<br>200 West 41st Street, 17th Floor<br>New York, NY 10036<br>Telephone: (212) 972-3000<br>TKlestadt@Klestadt.com<br>BScott@Klestadt.com<br><br>-and-<br><br>**SKARZYNSKI MARICK & BLACK LLP**<br>Edward C. Carleton<br>Sarah F. Voutyras<br>One Battery Park Plaza, 32nd Floor<br>New York, NY 10004<br>Telephone: (212) 820-7700<br>ecarleton@skarzynski.com<br>svoutyras@skarzynski.com<br><br>*Counsel for XL Specialty Insurance Company* |